**DISTRICT JUDGE SUNSHINE S. SYKES**

**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the Court will set them.

| **Case No.** 5:26-cv-02859-SSS (SP) | **Case Name:** Baden v. Foodchain ID Group, Inc. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Check one: ☒ Jury Trial or ☐ Bench Trial<br>[Monday at 9:00 a.m. within 12-15 months of Scheduling Conference based on complexity]<br>Estimated Duration: 3-4 Days | | 11/15/2027 | 11/15/2027 |
| Final Pretrial Conference ("FPTC") [L.R. 16],<br>[Friday at 1:00 p.m. at least 17 days before trial] | | 10/26/2027 | 10/29/2027 |
| **Event [1]**<br>Note: All deadlines shall be on Fridays.<br>Hearings shall be on Fridays at 2:00 p.m. | **Time Computation[2]** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties | 6 weeks after Scheduling Conference | 10/16/2026 | 10/16/2026 |
| Fact Discovery Cut-Off<br>(no later than deadline for filing dispositive motion) | 27 weeks before FPTC | 4/23/2027 | 4/23/2027 |
| Expert Disclosure (Initial) | 26 weeks before FPTC | 4/30/2027 | 4/30/2027 |
| Expert Disclosure (Rebuttal) | 24 weeks before FPTC | 5/14/2027 | 5/14/2027 |
| Expert Discovery Cut-Off | 22 weeks before FPTC | 5/28/2027 | 5/28/2027 |
| Last Date to Hear Motions<br>• Rule 56 Motion due at least 49 days before hearing; Rule 56 Opposition due at least 35 days before hearing; Rule 56 Reply due at least 28 days before hearing.<br>• Deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | 11 weeks before FPTC | 8/13/2027 | 8/13/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>**Select one**: ☐ 1. Magistrate Judge (with Court approval)<br>☐ 2. Court Mediation Panel<br>☐ 3. Private Mediation | 8 weeks before FPTC | 9/3/2027 | 9/3/2027 |
| Deadline to File Motions in Limine | 6 weeks before FPTC | 9/17/2027 | 9/17/2027 |
| Deadline for Oppositions to Motions in Limine | 4 weeks before FPTC | 10/1/2027 | 10/1/2027 |
| Trial Filings<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 10/15/2027 | 10/15/2027 |
| Hearing on Motions in Limine | 1 week before FPTC | 10/22/2027 | 10/22/2027 |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.
[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions, patent, and ERISA cases may need to vary from the above.